Opinion issued May 14, 2013



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-01118-CV

———————————

**KINDER MORGAN OPERATING L.P. "C" AND KINDER MORGAN ENERGY PARTNERS, L.P., Appellants**

**V.**

**THE MOSAIC COMPANY, MOSAIC CROP NUTRITION, LLC, MOSAIC FERTILIZER, LLC, AND MOSAIC GLOBAL HOLDINGS, INC., Appellees**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-33444**

---

## MEMORANDUM OPINION

Appellants, Kinder Morgan Operating L.P. "C" and Kinder Morgan Energy

Partners, L.P., have filed a motion to dismiss the appeal. No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.